UNITED STATES COURT OF INTERNATIONAL TRADE               FORM 3

Jiangsu Alcha Aluminum Co., Ltd., Baotou
Alcha Aluminum Co., Ltd., and Alcha
International Holdings Limited,

            Plaintiffs,                                          **S U M M O N S**
                                                                              CIT NO. 22-00027
   v.

United States,

            Defendant.

**TO:**    The Attorney General, the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



                                                                      **/s/ Mario Toscano**
                                                                    Clerk of the Court

---

1.  <u>Name and Standing of Plaintiffs</u>

    Plaintiffs Jiangsu Alcha Aluminum Co., Ltd., Baotou Alcha Aluminum Co., Ltd., and Alcha International Holdings Limited (Collectively known as "Alcha Group" or "Alcha") are foreign producers and/or exporters of subject merchandise *(i.e.* Common Alloy Aluminum Sheet From the People's Republic of China) subject to the final results being challenged in this action. Therefore, Plaintiffs are interested parties within the meaning of 19 U.S.C. §§ 1677(9)(A) and 1516a(f)(3), and 28 U.S.C. § 2631(k)(1). Plaintiffs were all named respondents and also fully and actively participated in the underlying administrative proceeding that lead to the results being challenged. Accordingly, Plaintiffs have standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2.  <u>Brief Description of Contested Determination</u>

    Plaintiffs contest the factual findings and legal conclusions issued by the U.S. Department of Commerce ("Department") in the final results of the first administrative review of the antidumping duty order on Common Alloy Aluminum Sheet From the People's Republic of China covering shipments of subject merchandise during the time period June 22, 2018, through January 31, 2020. *See Common Alloy Aluminum Sheet From the People's*

*Republic of China: Final Results of Antidumping Duty Administrative Review, Final Successor-In-Interest Determination, and Final Determination of No Shipments; 2018–2020*, 86 Fed. Reg. 74066 (December 29, 2021) ("Final Results") and accompanying Issues and Decision Memorandum dated December 22, 2021 ("Final Decision Memo").

3. Date of Determination

The Department's above-referenced Final Results of Antidumping Duty Administrative Review was issued on December 22, 2021, and published in the Federal Register on December 29, 2021. The Department's Final Decision Memo was issued on December 22, 2021.

4. If applicable, date of publication in Federal Register of notice of contested determination

The Department's above-referenced Final Results of Antidumping Duty Administrative Review was published in the Federal Register on December 29, 2021. *See* 86 Fed. Reg. 74,066 (December 29, 2021). The Department's Final Decision Memorandum was not published in the Federal Register.

> Daniel Cannistra, Esq.
> John Anwesen, Esq.
>
> Crowell & Moring LLP
> 1001 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004-2595
> Tel: (202) 624-2500
> Email: dcannistra@crowell.com (Daniel Cannistra)
> janwesen@crowell.com (John Anwesen)
>
> Counsel for Plaintiffs

*/s/ Daniel Cannistra*

Signature of Plaintiffs' Attorney

January 28, 2022

Date

## SERVICE OF SUMMONS BY THE CLERK

      This is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, as amended (19 U.S.C. § 1516a(a)(2)).  Pursuant to Rule 3(a)(2), this action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

**UPON THE UNITED STATES:**

Attorney General of the United States
Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Supervision Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

**UPON THE DEPARTMENT OF COMMERCE:**

Robert Heilferty, Esq.
Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
14th Street and Constitution Ave., NW
Washington, DC 20230