# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| Jiangsu Alcha Aluminum Co., Ltd., Baotou Alcha Aluminum Co., Ltd., and Alcha International Holdings Limited, <br><br> Plaintiffs <br><br> v. <br><br> UNITED STATES, <br><br> Defendant | Court No. 22-00027 |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiffs, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared. After conferring with all parties, all claims asserted by Plaintiffs in this action are hereby voluntarily dismissed without prejudice pursuant to Rule 41(a)(1)(B). Since no order of the Court is required to affect this stipulated dismissal under Rule 41(a)(1)(A)(ii), the Parties respectfully request that the Clerk of the Court promptly close this action administratively.

Dated: July 11, 2022

Respectfully submitted,

*/s/ Daniel Cannistra*
Daniel Cannistra
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 624-2902
Fax: (202) 628-5116
Email: dcannistra@crowell.com
*Counsel for Plaintiffs*

/s/ Kyle Beckrich
Kyle S. Beckrich
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 616-9322
Fax: (202) 305-7644
Email: kyle.beckrich@usdoj.gov
*Counsel for Defendant*

/s/ John M. Herrmann, II
John M. Herrmann, II
Kelley Drye & Warren, LLP
3050 K Street, NW.
Suite 400
Washington, DC 20007-5108
(202) 342-8488
Fax: (202) 342-8451
Email: jherrmann@kelleydrye.com
*Counsel for Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group and its individual Members Committee*