# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
# BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| JIANGSU ALCHA ALUMINUM CO., LTD., *et al.*, <br><br> *Plaintiffs*, <br><br> and <br><br> ALUMINUM ASSOCIATION <br> COMMON ALLOY ALUMINUM SHEET <br> TRADE ENFORCEMENT WORKING GROUP, et al., <br><br> *Consolidated Plaintiffs*, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> *Defendant*, <br><br> and <br><br> ALUMINUM ASSOCIATION <br> COMMON ALLOY ALUMINUM SHEET TRADE <br> TRADE ENFORCEMENT WORKING GROUP, *et al.* <br><br> *Defendant-Intervenors*. | Consol. Court No. 22-00027 |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiffs, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule.

Dated: July 11, 2022            */s/ Daniel Cannistra*

                                                     Daniel Cannistra  
                                                     CROWELL & MORING LLP  
                                                     1001 Pennsylvania Avenue, N.W.  
                                                     Washington, DC 20004  
                                                     (202) 624-2902  
                                                     Fax: (202) 628-5116  
                                                     Email: dcannistra@crowell.com  
                                                     Attorney for Plaintiffs

| | BRIAN M. BOYNTON |
| --- | --- |
| | Principal Deputy Assistant Attorney General |
| | |
| | PATRICIA M. McCARTHY |
| | Director |
| | |
| | /s/ Reginald T. Blades, Jr. |
| | REGINALD T. BLADES, JR. |
| | Assistant Director |
| OF COUNSEL: | |
| | /s/ Kyle S. Beckrich |
| LESLIE M. LEWIS | KYLE S. BECKRICH |
| Attorney | Trial Attorney |
| Office of the Chief Counsel | Department of Justice |
|     for Trade Enforcement and Compliance | Civil Division |
| U.S. Department of Commerce | Commercial Litigation Branch |
| | PO Box 480, Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Tel:  (212) 616-9322 |
| | E-mail:  Kyle.Beckrich@usdoj.gov |
| | |
| | Attorneys for Defendant United States |
| | |
| | /s/ John M. Herrmann, II |
| | John M. Herrmann, II |
| | Kelley Drye & Warren, LLP |
| | 3050 K Street, NW. |
| | Suite 400 |
| | Washington, DC 20007-5108 |
| | (202) 342-8488 |
| | Fax: (202) 342-8451 |
| | Email: jherrmann@kelleydrye.com |
| | |
| | Attorney for Consolidated Plaintiffs and Defendant-Intervenors |

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 22-00027 | Jiangsu Alcha Aluminum Co., Ltd., Baotou Alcha Aluminum Co., Ltd., and Alcha International Holdings Limited |
| 22-00028 | Aluminum Association Common Alloy Aluminum Sheet Trade Enforcement Working Group, Aleris Rolled Products, Inc., Arconic Corporation, Commonwealth Rolled Products Inc., Constellium Rolled Products Ravenswood, LLC, Jupiter Aluminum Corporation, JW Aluminum Company, and Novelis Corporation |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____

Deputy Clerk